NORTHERN WESTCHESTER LIGHTING COMPANY, Respondent, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellant.

*Northern Westchester L. Co.* v. *Village of Ossining*, 154 App. Div. 789, affirmed.
(Argued February 1, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from interfering with the laying of gas mains in the village of Ossining.

*Benjamin Fagan* for appellant.

*Frank L. Young* for respondent.

Judgment affirmed, with costs, on opinion of WOODWARD J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.